UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                            Case No.: 3:05-cr-103-J-20MCR

MORRIS HINES
    a/k/a Jonathon Willima Morris II

## ORDER

**THIS CAUSE** is before this Court on the United States' Motion for Reduction in Sentence Pursuant to Rule 35(b) (Dkt. 50). Upon review of the record, it appears to this Court that Defendant Hines provided substantial assistance to the United States by providing information to law enforcement officers which has resulted in indictment of two individuals on armed bank robbery and gun charges. The United States recommends a three level departure in Defendant Hines' sentence, which would place Defendant in a guideline range of 46 to 57 months at Offense Level 16, Criminal History Category VI.

Based upon the substantial assistance provided by Defendant Donald pursuant to Fed. R. Civ. P. 35(b)(2)(B), it is hereby,

**ORDERED AND ADJUDGED** that Judgment filed on November 22, 2006 (Dkt. 47) is modified as follows:

    (a) the Defendant's guideline calculation is reduced by **three (3) levels**, which would provide a new guideline range of 46 to 57 months of imprisonment at Offense Level 16, Criminal History Category VI.

    (b) the Defendant's sentence is modified so the term of imprisonment is reduced

from **sixty-three (63) months to**     *46*     **months.**

      (c) All other provisions of the Judgment entered on November 22, 2006 (Dkt. 47) shall remain in full force and effect.

      **DONE AND ENTERED** at Jacksonville, Florida, this __17__ day of June, 2008.

                                        HARVEY E. SCHLESINGER
                                        UNITED STATES DISTRICT JUDGE

Copies to:
Ronald W. Maxwell, Esq.
M. Scotland Morris, Esq.
Probation Office
United States Bureau of Prisons